UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW FIELDS, :
:
    Plaintiff            CIVIL ACTION NO. 3:18-0306
:
v :
:     (JUDGE MANNION)
FEDERAL BUREAU OF PRISONS
*et al.*, :

    Defendants :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply Court orders.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is deemed frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                        s/ *Malachy E. Mannion*
                        **MALACHY E. MANNION**
                        **United States District Judge**

**Dated: July 20, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0306-01-order.wpd