UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW FIELDS,                              :

      Plaintiff                          :     CIVIL ACTION NO. 3:18-0306

  v.                                          :     (JUDGE MANNION)

FEDERAL BUREAU OF PRISONS,   :
et al.,
      Defendants                       :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for a more definite statement (Doc. 50) is **GRANTED** to the extent that the Amended Complaint is dismissed without prejudice.

2. Plaintiff shall **FILE** a Second Amended Complaint on or before January 7, 2022.

3. The Amended Complaint shall contain the same case number that is already assigned to this action, 3:18-cv-0306, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See Fed.R.Civ.P. 8(e).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court. See Fed.R.Civ.P. 20.

5. Failure to file a Second Amended Complaint in compliance with the above, may result in the dismissal of the above captioned action in its entirety.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** December 17, 2021
18-0306-02-ORDER