UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW FIELDS, :
                         CIVIL ACTION NO. 3:18-0306
    Plaintiff :
                         (JUDGE MANNION)
    v. :

FEDERAL BUREAU OF PRISONS., :
*et. al.*,
    Defendants :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned action is **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. §1915(a)(3).

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: July 11, 2023
18-0306-03-ORDER